UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTE JAMAL MCCLELLON,

    Defendant.

Case No. CR22-73 LK

DETENTION ORDER

Mr. McClellon is charged with three counts of bank fraud, 18 U.S.C. §§ 1344 and 2. On June 15, 2022, Mr. McClellon's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Mr. McClellon was interviewed on June 2, 2022, by Pretrial Services. He stated he has lived in Washington, California, and New Jersey, but declined to provide timelines. Mr. McClellon stated he was working, but declined to provide details. He stated he has credit card debt, but declined to provide the amount.

2.     In the June 2 interview, Mr. McClellon reported having only one financial

DETENTION ORDER - 1

account, which was frozen by the government. When later informed the government knew this was inaccurate, Mr. McClellon through counsel admitted to having one other account. However, the government reports Mr. McClellon has at least four accounts, with recent activity and large amounts of money moved in and out of them.

3. In the June 2, 2022 interview with Pretrial Services, Mr. McClellon stated he had possessed a United States passport, but attested he had lost it. The government reported Mr. McClellon has a current, valid passport issued in 2017 under the name Donte McClellon. In 2018, Mr. McClellon obtained another passport under the name Donte Harrington, which also remains current and valid for travel. Although Mr. McClellon offered to surrender his McClellon passport during the hearing, his counsel represented that he does not know where the Harrington passport is.

4. Mr. McClellon poses a risk of nonappearance due to his refusal to provide information about his travel, housing, and employment as well as having obtained multiple passports with different names and providing inaccurate information regarding his bank accounts.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. McClellon's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. McClellon shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. McClellon shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. McClellon is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. McClellon, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3