UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DONTE MCCLELLON,<br><br>      Defendant. | CASE NO. CR22-0073-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

  This matter comes before the Court on a motion filed by Defendant Donte Jamal McClellon to extend the deadline to file pretrial motions from June 23, 2022 to June 30, 2022. Dkt. No. 22. The motion is unopposed.

  Under Local Criminal Rule 12(c), good cause must be shown to extend the deadline for pretrial motions. Mr. McClellon anticipates filing a motion to continue the August 1, 2022 trial date because his counsel needs additional time to prepare for trial, including more time to review the thousands of pages of discovery produced by the Government. Dkt. No. 22 at 2. Counsel is currently assessing how much additional time will be needed and seeks a one-week extension of the pretrial motions deadline, which will "afford the defense time necessary to determine a realistic

timeframe for trial preparation, confer with Mr. McClellon, and then discuss scheduling with the government and the Court." *Id.* Based on those representations, Mr. McClellon's motion demonstrates good cause.

Accordingly, the Court GRANTS the unopposed motion, Dkt. No. 22, and extends the deadline to file pretrial motions from June 23, 2022 to June 30, 2022.

Dated this 23rd day of June, 2022.

Lauren King
United States District Judge