UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br><br>DONTE MCCLELLON,<br><br>               Defendant. | CASE NO. CR22-0073-LK<br><br>ORDER GRANTING MOTION FOR OUT-OF-DISTRICT TRAVEL |

The Court has considered Defendant Donte McClellon's motion requesting out-of-district travel to New York, New York, in order to obtain an EpiPen, documents, and personal belongings. Dkt. No. 41. The Government does not oppose the motion. Dkt. No. 42.

The Court ORDERS that Mr. McClellon may immediately travel, via air, to New York, New York, for a period of seven days.

All other conditions of Mr. McClellon's bond remain in place.

ORDER GRANTING MOTION FOR OUT-OF-DISTRICT TRAVEL - 1

1 | Dated this 22nd day of August, 2022.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER GRANTING MOTION FOR OUT-OF-DISTRICT TRAVEL - 2