UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>DONTE MCCLELLON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER DENYING MOTION AS MOOT |

　　　　This matter comes before the Court on Defendant Donte McClellon's letter to the Court stating that his attorney-client relationship has broken down and requesting appointment of three new CJA Panel attorneys. Dkt. No. 158 at 1. The letter was dated October 20, 2023, but the Court did not receive it until November 1, 2023. Dkt. No. 158 at 1, 3.

　　　　By the time the Court received Mr. McClellon's letter, his prior counsel had withdrawn and new counsel had been appointed. Dkt. No. 148 (October 25, 2023 grant of former counsel's motion to withdraw); Dkt. Nos. 149, 150 (October 27, 2023 appointment of current counsel).

//

//

ORDER DENYING MOTION AS MOOT - 1

1 | Construing Mr. McClellon's letter as a motion, it is DENIED AS MOOT because he has
2 | already been appointed new counsel.
3 |
4 | Dated this 8th day of November, 2023.

Lauren King
United States District Judge