UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DONTE JAMAL MCCLELLON,<br><br>                Defendant. | CASE NO. **2:22-cr-00073-LK**<br><br>**ORDER DENYING DEFENDANT'S DECEMBER 7, 2023 ORAL MOTION FOR NEW COUNSEL, DKT. 188** |

On December 7, 2023, Defendant and counsel appeared for arraignment on a second superseding indictment. Dkt. 187. At the arraignment, Defendant, not counsel, made an oral motion for discharge of counsel. *Id.* The oral motion was referred to the undersigned United States Magistrate Judge.

This is the third motion for new counsel Defendant, not counsel, has filed since November 20, 2023. The Court denied Defendant's November 20, 2023 motion for discharge of counsel on November 27, 2023. Dkt. 168. On December 6, 2023, the Court also denied Defendant's motion for discharge of counsel filed on December 4, 2023. Dkt. 186.

The Court finds no basis to grant the December 7, 2023 oral motion. The Court has not been presented with any basis that would support discharge of current counsel and appointment of new counsel. To the extent Defendant is relying on the grounds submitted in his November 20

2023 and December 6, 2023 motions for discharge of counsel, the Court has already found those grounds are insufficient to support discharge and appointment of new counsel.

The Court accordingly ORDERS:

1. Defendant's December 7, 2023 motion for new counsel is DENIED. Dkt. 188.

2. The clerk shall provide a copy of this order to Defendant and all parties.

DATED this 7th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge