Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DONTE JAMAL MCCLELLON,<br><br>                Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>MINUTE ORDER |

      The clerk issues the following minute order by the authority of the Honorable Lauren King, United States District Judge.

      After hearing argument from Mr. McClellon at the Pretrial Conference regarding the propriety of his pro se submissions at docket entries 153 through 156, the Court concludes that he was represented by counsel at the relevant time and that his motions were therefore not properly before the Court. Even if the motions were properly before the Court, however, the Court would deny them. Other than conclusory assertions, his motion for severance, Dkt. No. 153, makes no attempt to show that joinder of the charges against him was not proper under Federal Rule of Criminal Procedure 8(a), which provides that two or more offenses may be charged in the same indictment "if the offenses charged . . . are of the same or similar character, or are based on the same act or transaction, or are connected with or constitute parts of a common scheme or plan." The indictment in this case contains charges that are "the same or similar" in character—namely, three counts of wire fraud and two counts of bank fraud in connection with fraudulent PPP applications—and are acts that constitute parts of a common scheme or plan. Furthermore, and for

MINUTE ORDER - 1

the same reasons, "all of the evidence of the separate count would be admissible upon severance," so "prejudice is not heightened by joinder." *United States v. Johnson*, 820 F.2d 1065, 1070 (9th Cir. 1987). Mr. McClellon's motion for dismissal, Dkt. No. 156, would be denied for the same reason the motion to dismiss at docket entry 165 was denied. *See* Dkt. Nos. 202, 203. And finally, neither Mr. McClellon's "Motion for Detention Hearing," Dkt. No. 154, nor his "Bond Hearing Brief in Support of Detention Release," Dkt. No. 155, present new information that has a material bearing on the issue of whether conditions exist to reasonably assure his appearance and the safety of the community.

DATED this 3rd day of January, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Natalie Wood*
Deputy Clerk

MINUTE ORDER - 2