Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONTE JAMAL MCCLELLON,

Defendant.

No. 2:22-CR-00073-LK

ORDER RE: JUROR LUNCHES

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 14-member jury in the above-entitled action which was in deliberation on January 11, 2024.

DATED this 11th day of January, 2024

Lauren King
United States District Judge

ORDER RE: JUROR LUNCHES – 1