UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTE MCCLELLON,<br><br>Defendant | CASE NO. CR22-073-LK<br><br>VERDICT FORM |

WE, THE JURY, unanimously find the following:

### Count 1: Wire Fraud

1. As to the offense of Wire Fraud, as charged in Count 1, we unanimously find the defendant, DONTE MCCLELLON:

GUILTY __X__          NOT GUILTY _____

### Count 2: Wire Fraud

2. As to the offense of Wire Fraud, as charged in Count 2, we unanimously find the defendant, DONTE MCCLELLON:

GUILTY __X__          NOT GUILTY _____

VERDICT FORM - 1

**Count 3: Wire Fraud**

3. As to the offense of Wire Fraud, as charged in Count 3, we unanimously find the defendant, DONTE MCCLELLON:

GUILTY  __X__          NOT GUILTY _____

**Count 4: Bank Fraud**

4. As to the offense of Bank Fraud, as charged in Count 4, we unanimously find the defendant, DONTE MCCLELLON:

GUILTY  __X__          NOT GUILTY _____

**Count 5: Bank Fraud**

5. As to the offense of Bank Fraud, as charged in Count 5, we unanimously find the defendant, DONTE MCCLELLON:

GUILTY  __X__          NOT GUILTY _____

Dated this __11__ day of January, 2024.

███████████████████
PRESIDING JUROR