UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-073-LK |
| Plaintiff, | |
| v. | SPECIAL VERDICT FORM FOR FORFEITURE |
| DONTE MCCLELLON, | |
| Defendant | |

We, the Jury, in the above-captioned case, make the following findings regarding the following property identified for forfeiture:

With respect to **$16,394.44** in U.S. funds seized on or about May 16, 2022, from a Webull Financial, LLC account number ending in -66-11, held in the name of Donte McClellon, we find that, more likely than not, these funds constitute or are traceable to proceeds of the defendant's:

| | |
|---|---|
| **Wire Fraud Scheme (Counts 1–3)** | Yes __X__ No _____ |
| **Bank Fraud Scheme (Counts 4–5)** | Yes __X__ No _____ |

SPECIAL VERDICT FORM FOR FORFEITURE - 1

Please sign and date this Special Verdict Form for Forfeiture, as indicated below.

Dated this \_\_11\_\_ day of January, 2024.

_____
PRESIDING JUROR

SPECIAL VERDICT FORM FOR FORFEITURE - 2