UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DONTE MCCLELLON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER GRANTING MOTION TO PARTIALLY UNSEAL TRANSCRIPT |

　　　This matter comes before the Court on Defendant Donte McClellon's Motion to Partially Unseal Transcript. Dkt. No. 277. The Government has informed Court staff that it does not oppose the motion.

　　　Thomas Weaver was appointed to represent Mr. McClellon on February 8, 2024 after trial concluded in this matter. Dkt. No. 267; *see also* Dkt. No. 252 (Jan. 11, 2024 verdict). On February 9, 2024, Mr. Weaver requested a copy of the trial transcript from the court reporter. Dkt. No. 277 at 1; *see also* Dkt. No. 268. The court reporter provided the transcript but redacted the portions that covered several closed hearings during the trial. Dkt. No. 277 at 1. Mr. Weaver states that he "needs access to both the open and closed proceedings in order to properly represent Mr.

ORDER GRANTING MOTION TO PARTIALLY UNSEAL TRANSCRIPT - 1

1  McClellon," and he therefore requests an order authorizing the court reporter to provide him
2  unredacted copies of the trial transcript. *Id.* at 1–2.
3        Having considered the motion and the remainder of the record, the Court GRANTS the
4  motion. Dkt. No. 277. The court reporter may provide complete, unredacted copies of the trial
5  transcript to Mr. Weaver. The transcript reflecting the closed portions of the trial shall otherwise
6  remain sealed.
7        Dated this 19th day of April, 2024.

                                              Lauren King  
                                              United States District Judge

ORDER GRANTING MOTION TO PARTIALLY UNSEAL TRANSCRIPT - 2