UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DONTE MCCLELLON,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL |

　　　　This matter comes before the Court on Defendant Donte McClellon's motion to seal his medical records filed in conjunction with his sentencing memorandum. Dkt. No. 292; Dkt. No. 293 (sealed records). The Government has not responded to the motion.

　　　　"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). District courts therefore "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Despite the public's right to access documents in criminal proceedings, a document may

remain under seal when (1) sealing a document serves a compelling interest (2) that is substantially likely to be harmed if the document is not sealed and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Parson*, No. 3:15-cr-05262-DGE, 2022 WL 558221, at *2 (W.D. Wash. Feb. 24, 2022) (citing *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017)).

The records that Mr. McClellon seeks to seal contain his sensitive medical information. Dkt. No. 293. Protecting Mr. McClellon's medical privacy serves a compelling interest that would be harmed by public disclosure. *See, e.g.*, *Cont'l Med. Transp. LLC v. Health Care Serv. Corp.*, No. C20-0115-JCC, 2021 WL 2072524, at *4 (W.D. Wash. May 24, 2021) (sealing medical records); *Parson*, 2022 WL 558221, at *3 (finding compelling reasons to seal medical records to protect the defendant's privacy). There is no less restrictive means of protecting Mr. McClellon's privacy. Therefore, the Court GRANTS the motion to seal, Dkt. No. 292, and the medical records, Dkt. No. 293, may remain under seal.

Dated this 31st day of May, 2024.

*Lauren King*

Lauren King
United States District Judge