UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DONTE MCCLELLON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER GRANTING PRO HAC VICE APPLICATION WITHOUT THE NEED FOR LOCAL COUNSEL OR PAYMENT OF THE FEE |

　　　This matter comes before the Court on appellate counsel Gene Vorobyov's Application of Pro Hac Vice Admission Without the Need for Local Counsel or Payment of the Fee. Dkt. No. 308. On June 12, 2024, the Ninth Circuit Court of Appeals granted Thomas Weaver's motion to withdraw as counsel for Mr. McClellon and ordered the appointment of new counsel. Dkt. No. 305 at 1. Mr. Vorobyov was appointed as counsel for Mr. McClellon on the same day. Dkt. No. 308 at 2.

　　　Mr. Vorobyov seeks pro hac vice admission to this Court because he anticipates that his "appellate work on Mr. McClellon's behalf will likely involve[] at least some work before this

Court," including filing transcript designations for appeal. *Id.* at 2.[1] Mr. Vorobyov also requests that the Court waive the requirements to pay the pro hac vice fee and to retain local counsel because he is acting as Court-appointed counsel and will be involved in only limited proceedings before this Court. *Id.*

Having reviewed the application and the balance of the record, the Court finds good cause to grant the application and grants Mr. Vorobyov pro hac vice admission in this case. Dkt. No. 308. The Court further waives the requirements that Mr. Vorobyov pay a pro hac vice fee and retain local counsel.

Dated this 24th day of June, 2024.

*Lauren King*

Lauren King
United States District Judge

---

[1] Mr. Vorobyov is not admitted to practice in Washington but is admitted to practice in California and New York, as well as before the Ninth Circuit. *Id.* at 1.

ORDER GRANTING PRO HAC VICE APPLICATION WITHOUT THE NEED FOR LOCAL COUNSEL OR PAYMENT OF THE FEE - 2