UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>DONTE MCCLELLON,<br><br>                      Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER GRANTING MOTION FOR A COPY OF SEALED AND NOT FOR PUBLIC VIEW DOCUMENTS |

       This matter comes before the Court on a Request for a Copy of Sealed and Not for Public View Pleadings and Transcripts filed by Defendant Donte McClellon's counsel Gene Vorobyov. Dkt. No. 317. The Government has informed Court staff that it does not oppose the motion.

       Mr. Vorobyov was appointed to represent Mr. McClellon on June 12, 2024, after trial concluded in this matter. Dkt. No. 308 at 2; Dkt. No. 309; June 24, 2024 Minute Entry; *see also* Dkt. No. 252 (Jan. 11, 2024 verdict). "In designating the record for appeal, [Mr. Vorobyov] reviewed the docket and discovered that there were multiple sealed proceedings transcribed, as well as multiple pleadings filed under seal." Dkt. No. 317 at 2. He then filed this motion to access those documents, stating that "[t]o be able to fully evaluate potential appellate issues, [he] need[s]

to have access to sealed transcripts and documents, including (but not limited to) [the] full trial transcript and pretrial conference transcripts, and all docket entries listed in this motion." *Id.*

Having considered the motion and the remainder of the record, the Court GRANTS the motion. Dkt. No. 317. The court reporter may provide complete, unredacted copies of transcripts in this matter to Mr. Vorobyov, and the Clerk of the Court may provide Mr. Vorobyov with copies of the sealed and not for public view filings listed in his motion. *Id.* at 2 (listing docket entries 31, 47, 63, 67, 105, 107, 119, 129, 131, 134, 139–40, 145, 158, 164, 185, 202, 227, 237–38, 251–52, 259, 275, 285–287, and 293). The documents shall otherwise remain sealed and/or not for public view as previously designated.

Dated this 9th day of July, 2024.

Lauren King
United States District Judge