UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DONTE MCCLELLON,<br><br>                Defendant. | CASE NO. 2:22-CR-00073-LK<br><br>ORDER VACATING IN PART ORDER GRANTING MOTION FOR A COPY OF SEALED AND NOT FOR PUBLIC VIEW DOCUMENTS |

      This matter comes before the Court sua sponte. In July 2024, Defendant Donte McClellon's newly appointed counsel, Gene Vorobyov, filed a request for copies of specific documents in the record, stating that "[t]o be able to fully evaluate potential appellate issues, [he] need[s] to have access to sealed transcripts and documents, including (but not limited to) [the] full trial transcript and pretrial conference transcripts, and all docket entries listed in this motion." Dkt. No. 317 at 2. The Government did not oppose the request, and the Court granted it. Dkt. No. 318.

      Upon further review, one of the documents Mr. Vorobyov requested contains the unredacted signature of the Grand Jury foreperson. Dkt. No. 63. Pursuant to the Section 4.09 of the Amended Jury Selection Plan for the Western District of Washington, "the names and

information relating to any summoned or serving grand juror or grand jury panel will be confidential and not disclosed to any litigant or member of the public."[1] Mr. Vorobyov's request did not address the Plan or explain why he needs an unredacted copy of that document.

Nor did he explain why he needs an unredacted copy of the petit jury verdict with the foreperson's signature visible. Dkt. No. 251. Pursuant to the Privacy Policy of the Judicial Conference of the United States, juror signatures "should not be made available to the public."[2]

Accordingly, the Court VACATES the portion of its prior order, Dkt. No. 318, which stated that the Clerk of the Court may provide Mr. Vorobyov with copies of docket entries 63 and 251.[3] For clarity, the Court reiterates that the Clerk of the Court may provide Mr. Vorobyov with copies of the sealed and not for public view filings listed in his motion docket entries 31, 47, 67, 105, 107, 119, 129, 131, 134, 139–40, 145, 158, 164, 185, 202, 227, 237–38, 259, 275, 285–87, and 293.

Dated this 30th day of August, 2024.

*Lauren King*

Lauren King
United States District Judge

---

[1] https://www.wawd.uscourts.gov/sites/wawd/files/GO%2009-22%20Amended%20Jury%20Selection%20Plan.pdf (last visited Aug. 30, 2024).

[2] https://www.uscourts.gov/rules-policies/judiciary-policies/privacy-policy-electronic-case-files (last visited Aug. 30, 2024)

[3] Mr. Vorobyov also requested an unsealed copy of docket entry 252, Dkt. No. 317 at 2, but that document is not under seal.

DOCUMENTS - 2