

**United States Probation and Pretrial Services**
*Western District of Washington*

**Monique D. Neal**          **Brenda L. Amundson**
*Chief*                      *Deputy Chief*

# MEMORANDUM

Date:      February 19, 2026

To:        The Honorable Lauren King, United States District Judge

From:      Darcell Prescott
           Senior United States Probation Officer

Subject:   Donte Jamal McClellon
           Case Number: 2:22CR00073

           STATUS REPORT AND REQUEST TO STRIKE HEARING

**STATUS**:
An after-hours warrant was issued for the arrest of Donte Jamal McClellon by Chief United States Magistrate Judge Theresa L. Fricke, on February 2, 2026. Mr. McClellon failed to return to the residential reentry center on February 2, 2026.

Mr. McClellon was arrested on the warrant on February 10, 2026, and made an initial appearance before The Honorable Michelle L. Peterson, United States Magistrate Judge. He denied the allegations and was released on bond with the special condition he reside at the residential reentry center pending adjudication of the violation.

An evidentiary hearing is currently scheduled for February 25, 2026, before Your Honor.

**ADJUSTMENT AND EVALUATION**:
Mr. McClellon is focused on the appeal of this case and has an upcoming hearing in March. Because of his undivided attention to this matter, he has not progressed toward independent living or secured a source of income to maintain stability in the community. As Mr. McClellon is at the residential reentry center, this placement provides for some accountability for his time and location in the community as he must submit passes to leave the facility. Staff reports Mr. McClellon spends several hours at the library on a daily basis to do legal research on his appeal. As the residential reentry center is not a long-term solution for housing, the focus for residents is to work toward gainful employment and independent living.

**RECOMMENDATION**:
As Mr. McClellon is at the residential reentry center and available for supervision, I recommend withdrawing the violation and striking the hearing. I consulted with Assistant United States Attorney Lauren Watts Stanier, and she concurs with my recommendation.

The Honorable Lauren King, United States District Judge                                    Page 2
RE: Donte Jamal McClellon, 2:22CR00073                                              February 19, 2026

I swear under penalty of perjury that the          APPROVED:
foregoing is true and correct.                     Monique D. Neal
                                                    Chief United States Probation and Pretrial Services Officer

Executed on this 19th day of February, 2026.       BY:

_____                  _____
Darcell Prescott                                    Analiese D. Johnson
United States Probation Officer                     Supervising United States Probation Officer

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☑ Withdraw the violation and strike the hearing
☐ Parties are directed to appear for the hearing currently scheduled for February 25, 2026
☐ Other

_____
Signature of Judicial Officer

February 19, 2026
                    Date