UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00073-LK |
| Plaintiff, | ORDER DENYING MOTION TO TRAVEL |
| v. | |
| DONTE MCCLELLON, | |
| Defendant. | |

This matter comes before the Court on Defendant Donte McClellon's Pro Se Motion for Permission to Travel Outside District. Dkt. No. 404. Mr. McClellon seeks permission to travel from this District to Portland, Oregon from March 12, 2026, through March 14, 2026 to attend the March 13 oral argument before the Ninth Circuit Court of Appeals regarding his appeal in this case. *Id.* at 2. The Government does not object to the request. Dkt. No. 405.

United States Probation responds that because Mr. McClellon "is a public law resident at the [Residential Reentry Center ("RRC")], he cannot be outside of the facility overnight without approval by the Bureau of Prisons (BOP)." Dkt. No. 406 at 2. United States Probation further responds that Mr. McClellon "risks losing his placement at the RRC if he travels overnight without

ORDER DENYING MOTION TO TRAVEL - 1

BOP's approval," and Probation has "submitted a request to the BOP explaining the circumstances for travel with the hopes they (BOP) will authorize a 48-hour hold on his bed." *Id.* If the hold is denied, "the process to reenter the RRC may take approximately one month to secure." *Id.* Mr. McClellon is currently required to reside at an RRC. Dkt. No. 394 (modifying conditions of release).[1] Because Mr. McClellon has not received permission from BOP to travel, the motion is premature.

In addition, Mr. McClellon should have brought this request to his Probation Officer first. The Court previously ordered Mr. McClellon to "meet and confer with his Probation Officer in good faith and certify in any subsequent motion that he has done so" before filing a motion requesting to modify his supervised release conditions. Dkt. No. 378 at 5. Mr. McClellon did not follow that directive here, and he has consequently wasted the parties' and the Court's time and delayed resolution of his request. The Court again orders that before Mr. McClellon files a motion in this District requesting to modify his supervised release conditions, he must meet and confer with his Probation Officer in good faith and certify in any subsequent motion that he has done so, including the name of the person he spoke with, the date of the conversation, and the outcome.

For the foregoing reasons, the Court DENIES this motion to travel without prejudice. Dkt. No. 404.[2] Mr. McClellon may renew his request to travel with his Probation Officer.

Dated this 5th day of March, 2026.

*Lauren King*

Lauren King
United States District Judge

---

[1] *See also* Dkt. No. 299 at 4 (requiring as a condition of release: "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.").

[2] In case Mr. McClellon is unaware, the Court notes that he can watch Ninth Circuit arguments via live stream if he chooses. https://www.ca9.uscourts.gov/ (last visited March 4, 2026).

ORDER DENYING MOTION TO TRAVEL - 2